OPINION — AG — **** STATE AID PERMISSIBLE AS SUPPLEMENT FOR TRANSFERRING FEES **** STATE AID IS PERMISSIBLE PURSUANT TO THE STATE BOARD OF EDUCATION'S APPROVAL AS A SUPPLEMENT TO ANY TRANSFER AUTHORIZED BY LAW PURSUANT TO THE APPLICABLE PROVISIONS OF THE 1970 SCHOOL CODE WHERE THE TRANSFERRING DISTRICT IS UNABLE TO PAY IN WHOLE OR IN PART, THE REQUIRED FEE. CITE: 70 O.S. 1970 Supp. 8-11 [70-8-11], (LARRY L. FRENCH)